1
2
3
4
5
6
7
8
9
10

**FILED**

**NOV 13 2015**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 SY LEE CASTLE, ) | No. C 15-2239 LHK (PR) |
| 12 Plaintiff, ) | ORDER GRANTING MOTION |
| 13 v. ) | FOR RECONSIDERATION; GRANTING IN FORMA PAUPERIS STATUS |
| 14 CAPTAIN V.J. SOLIS, et al., ) | |
| 15 Defendants. ) | (Docket No. 7) |

16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. Based on the plaintiff's Certificate of Funds, the court denied plaintiff's motion to proceed in forma pauperis. The court directed plaintiff to pay the $400 filing fee within 30 days of the filing date of this order.

Plaintiff has now filed a motion requiring the court to allow him to proceed in forma pauperis. The court construes this motion as a motion for reconsideration. So construed, the motion and plaintiff's application for leave to proceed in forma pauperis under 28 U.S.C. § 1915 are GRANTED. Funds for the filing fee will be taken from income to plaintiff's account in accordance with 28 U.S.C. § 1915(b)(1). The clerk is directed to send a copy of this order and the attached instructions to plaintiff and the prison's trust account office.

This order terminates Docket No. 7.

1    IT IS SO ORDERED.

2    DATED: 11/12/2015

                                        *Lucy H. Koh*
3                                       LUCY H. KOH
                                        United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion for Reconsideration; Granting In Forma Pauperis Status
P:\PRO-SE\LHK\CR.15\Castle239ifprecon.wpd

2

1

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

4

5   The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action in
    forma pauperis in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the
6   fee is to be paid as follows:

7        The initial partial filing fee listed on the attached order should be deducted by the prison
         trust account office from the prisoner's trust account and forwarded to the clerk of the
8        court as the first installment payment on the filing fee. This amount is twenty percent of
         the greater of (a) the average monthly deposits to the prisoner's account for the 6-month
9        period immediately preceding the filing of the complaint/petition or (b) the average
         monthly balance in the prisoner's account for the 6-month period immediately preceding
10       the filing of the complaint/petition.

11       Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to
         the prisoner's trust account should be deducted and forwarded to the court each time the
12       amount in the account exceeds ten dollars ($10.00). The prison trust account office
         should continue to do this until the filing fee has been paid in full.

13

    If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing
14  fee, the prison trust account office should forward the available funds, and carry the balance
    forward each month until the amount is fully paid.

15

    If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each
16  case. The trust account office should make the monthly calculations and payments for each case
    in which it receives an order granting in forma pauperis and these instructions.

17

    **The prisoner's name and case number must be noted on each remittance.** The initial partial
18  filing fee is due **within thirty days** of the date of the attached order. Checks should be made
    payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District
19  Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

20

21  cc:     Plaintiff/Petitioner

22

23

24

25

26

27

28

Order Granting Motion for Reconsideration; Granting In Forma Pauperis Status
P:\PRO-SE\LHK\CR.15\Castle239ifprecon.wpd

3