IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN V.J. SOLIS, et al.,<br><br>    Defendants. | No. C 15-2239 LHK (PR)<br><br>ORDER DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTION OR NOTICE REGARDING SUCH MOTION |

      Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights action under 42 U.S.C. § 1983. Defendants waived service, and filed their answer on January 26, 2016. On February 8, 2016, the court granted plaintiff's motion for leave to file an amended complaint. A review of the amended complaint shows that plaintiff has not added new claims, but has added more facts in support of his claims. Thus, liberally construed, plaintiff's amended complaint states cognizable claims against Captain V.J. Solis and Lt. Stevenson for violating his First Amendment right to free exercise and the Religious Land Use and Institutionalized Persons Act (RLUIPA), and a claim of retaliation against Captain V.J. Solis, Officer A. Puente, Lt. R. Parin, and Sgt. R. Ruano.

      The current briefing schedule is vacated. No later than sixty (60) days from the filing filing date of this order, defendants shall file a motion for summary judgment or other dispositive motion with respect to the cognizable claims in the amended complaint, or notice that such

Order Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion
P:\PRO-SE\LHK\CR.15\Castle239srv2.wpd

motion is unwarranted.  Plaintiff's opposition to the dispositive motion shall be filed with the court and served on defendants no later than **twenty-eight (28) days** from the date defendants' motion is filed.  Defendants <u>shall</u> file a reply brief no later than **fourteen (14) days** after plaintiff's opposition is filed.

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the court and all parties informed of any change of address and must comply with the court's orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED:  2/24/2016

_____
LUCY H. KOH
United States District Judge

Order Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion
P:\PRO-SE\LHK\CR.15\Castle239srv2.wpd

2