UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>    Plaintiff,<br><br>  v.<br><br>V.J. SOLIS, et al.,<br><br>    Defendants. | Case No. 15-cv-02239-LHK (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 12, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Sy Lee Castle, Pro Se.

   ( ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Ian Ellis.

   ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 5/16/2017

_____
NANDOR J. VADAS
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SY LEE CASTLE,

    Plaintiff,

v.

V.J. SOLIS, et al.,

    Defendants.

Case No. 15-cv-02239-LHK (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sy Lee Castle
C-82790/ BB-5-122
California State Prison - LA
PO Box 4480
Lancaster, CA 93539

Dated: May 16, 2017

        Susan Y. Soong
        Clerk, United States District Court

By *[signature]*

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS